UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KENNETH IRVING ASKEW, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 3:16 CV 399 |
| v. | ) | |
| | ) | (arising from 3:08 CR 170) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Petitioner Kenneth Askew has filed a motion to stay the proceedings in this case pending the resolution of *United States v. Joshua Gillespie*, No. 15-1686 (7th Cir.), and *United States v. Tony Hurlburt,* No. 14-3611 (7th Cir.). (DE # 6.) Both cases are currently pending before the Seventh Circuit and may bear directly on a critical issue in Askew's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255. (DE # 5.) The United States does not oppose the stay. (DE # 6 at 3.) Accordingly, the motion to stay (DE # 6) is **GRANTED**.

SO ORDERED.

Date: June 28, 2016

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT